UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Hill Design, Inc.</u>

    v.                Case No. 03-cv-74-SM

<u>Vivian Hodgdon and Art In Cooking</u>

-----

<u>ORDER</u>

    Re: Document No. 75, Motion to File Settlement Agreement under Seal (Level I), to Enforce Settlement Agreement and for At

    Ruling: Motion to file under seal is granted.  Although this pleading improperly includes multiple claims for relief in violation of local rules, it will also be treated as a motion to enforce settlement.  A hearing will be scheduled promptly and the clerk shall issue notice to Defendant Art In Cooking, Inc. to obtain counsel and appear, and notice to Defendant Hodgdon to obtain new counsel and appear with counsel or pro se.


_____
Steven J. McAuliffe
Chief District Judge

Date: October 4, 2005

cc:  Garfield Goodrum, Esq.
     Vivian Hodgdon