UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Hill Design, Inc.,
    Plaintiff

    v.                               Civil No. 03-cv-074-SM

Vivian Hodgdon,
Art in Cooking, Inc.,
The Garden Shed, LLC,,
    Defendants


Vivian Hodgdon, and
Art in Cooking, Inc.,
    Counter Claimants

    v.

Lucianna Natkiel, and
Hill Design, Inc.,
    Counter Defendants

## **O R D E R**

Defendant, Art in Cooking, Inc., having failed to advise the court of the identity of new counsel, or of its decision to appear pro se, as ordered on October 5, 2005, shall now show cause on or before November 18, 2005, why a default should not be entered against it.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

November 4, 2005

cc:  Garfield B. Goodrum, Jr., Esq.
     Vivian Hodgdon