**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Hill Design, Inc.</u>

  v.            Civil No. 03-cv-74-SM

<u>Vivian Hodgdon, et al.</u>

### O R D E R

On July 11, 2006, the Court held a hearing on the motion for contempt filed by Hill Design, Inc., against The Garden Shed, LLC (document no. 102), and on Howard Carpenter's motion to quash the subpoena issued to him by Hill Design, Inc. (document no. 106). Court now denies both of those motions and also denies the motion for contempt filed by Hill Design, Inc., against Howard Carpenter on July 6, 2006 (document no. 109). The following order is intended to resolve the issues presented in those motions.

  The Court orders The Garden Shed, LLC, in the person of Patricia Carpenter, and Howard Carpenter to the extent that he has custody or control over any of them, to produce and permit inspection and copying of the following documents:

  1. any documents regarding the purchase of BROWN BAG cookie molds;

  2. any inventory lists for The Garden Shed, LLC;

   3.   any records of dealings with Paul Natkiel;

   4.   all corporate records of The Garden Shed, LLC, including the incorporation papers, corporate management papers and the membership agreement;

   5.   all bank account documents and check books of The Garden Shed, LLC;

   6.   copies of any tax returns filed by The Garden Shed, LLC, Patricia Carpenter and Howard Carpenter during the last three years;

   7.   copies of any business insurance policies for The Garden Shed, LLC;

   8.   copies of any homeowners or umbrella insurance policies issued to Patricia and/or Howard Carpenter.

The Court orders Patricia Carpenter and Howard Carpenter to permit Hill Design, Inc., to conduct the discovery discussed above within 20 business days of the date of this Order.

   **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 12, 2006

cc:   Garfield B. Goodrum, Jr., Esq.
      Patricia Carpenter, pro se
      Howard Carpenter, pro se